Patrick C. Bageant (No. 10291)
HOLLYSTONE LAW
1775 West State Street, No. 286
Boise, ID 83702
Telephone: 208-596-5343
Facsimile: 208-686-8247
email: pbageant@hollystonelaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MARIA FERNANDA ELOSU AND ROBERT LOUIS BRACE, Individuals, <br><br> Plaintiffs, <br><br> vs. <br><br> MIDDLEFORK RANCH INCORPORATED, an Idaho Corporation, <br><br> Defendant. | Case No.: 1:19-cv-267-DCN <br><br> PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION TO STRIKE ARGUMENTS MADE FOR THE FIRST TIME ON REPLY |

Plaintiffs submit this Reply in support of Their Motion to Strike Arguments Made for the First Time in Defendant's November 20, 2020, Reply Memorandum (ECF No. 37) in support of its October 23, 2020, Motion to Exclude Expert Testimony (ECF No. 35).

PLAINTIFFS' REPLY RE MOTION TO STRIKE

Case No. 1:19-CV-267-DCN

**HOLLYSTONE LAW**
1775 West State Street, #286
Boise, ID 83702
Telephone: 208-596-5343

1

## ARGUMENT

The Plaintiffs' position with regard to arguments made for the first time on reply is set forth clearly in their Motion to Strike. The rule in this Court is that parties "cannot raise a new issue for the first time in their reply brief," unless the evidence responds directly to an issue raised in the opposing party's opposition. *Calderon v. Experian Info. Sols., Inc.*, 290 F.R.D. 508, 515 (D. Idaho 2013) (quoting *State of Nev. v. Watkins*, 914 F.2d 1545, 1560 (9th Cir. 1990) (citations omitted)). Nothing in the Opposition by Defendant Middlefork Ranch, Inc.'s ("MFR") calls that rule into question, nor does the Opposition argue persuasively that MFR's character arguments should be considered by this Court on a *Daubert* motion. Plaintiffs therefore rest their argument on this Motion to Strike on their opening memorandum.

## CONCLUSION

For the reasons set forth above, and for those in their initial Memorandum in support of this Motion to Strike, Plaintiffs request that the Court strike pages 2 and 3 from ECF No. 37 pursuant to Rule 12 of the Federal Rules of Civil Procedure.

Dated: December 28, 2020, by:        */s Patrick C. Bageant*
                                      Patrick C. Bageant

                                      HOLLYSTONE LAW
                                      1775 West State Street, No. 286
                                      Boise, ID 83702
                                      Telephone: 208-596-5343
                                      Facsimile: 208-686-8247
                                      email: pbageant@hollystonelaw.com

                                      *Attorneys for Plaintiffs*

PLAINTIFFS' REPLY RE MOTION TO STRIKE

Case No. 1:19-CV-267-DCN

2

HOLLYSTONE LAW
1775 West State Street, #286
Boise, ID 83702
Telephone: 208-596-5343

CERTIFICATE OF SERVICE

I certify that on the date below I caused the foregoing document to be filed electronically with the Court's CM/ECF system, which will cause it to be served upon all counsel of record electronically.

Dated: December 28, 2020, by:    */s Patrick C. Bageant*
Patrick C. Bageant

HOLLYSTONE LAW
1775 West State Street, No. 286
Boise, ID 83702
Telephone: 208-596-5343
Facsimile: 208-686-8247
email: pbageant@hollystonelaw.com

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

Case No. 1:19-CV-267-DCN

**HOLLYSTONE LAW**
1775 West State Street, #286
Boise, ID 83702
Telephone: 208-596-5343