UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MARIA FERNANDA ELOSU and ROBERT LOUISE BRACE, Individuals,<br><br>　　　Plaintiffs,<br>v.<br><br>MIDDLEFORK RANCH INCORPORATED, an Idaho Corporation,<br><br>　　　Defendants. | Case No. 1:19-cv-00267-DCN<br><br>**VERDICT FORM** |

**We, the jury, in the above-entitled action find as follows:**

**Question No. 1**: Do you find that Plaintiffs have proven by a preponderance of the evidence that the Defendant was negligent, and that this negligence proximately caused damage to Plaintiffs' cabin?

**Answer to Question No. 1**:　　　Yes [ X ]　　No [ ___ ]

If you answered this question "No," you are done. Sign the verdict as instructed and advise the Bailiff. If you answered this question "Yes," continue to the next question.

**Question No. 2**: Do you find that the Defendant has proven by a preponderance of the evidence that the Plaintiffs were negligent, and their negligence, in whole or part, proximately caused damage to Plaintiffs' cabin?

**Answer to Question No. 2**:　　　Yes [ X ]　　No [ ___ ]

If you answered this question "yes," move on to Question No. 3. If you answered this question "no," move straight to Question No. 4.

**Instruction for Question No. 3**: You will reach this question if you have found that the Defendant and Plaintiffs were both negligent. In this question, you are to apportion the fault between these parties in terms of a percentage. As to each party or entity to which you answered "Yes" to questions 1 and 2, determine the percentage of fault for that party or entity, and enter the percentage on the appropriate line. If you answered "No" to any of the above questions, insert a "0" or "Zero" as to that party or entity. Your total percentages must equal 100%.

**Question No. 3**: What is the percentage of fault (if any) you assign to each of the following:

| | |
|---|---|
| To the Defendant, Middlefork Ranch | 90 % |
| To Plaintiffs, Maria Elosu and Robert Brace | 10 % |

Total must equal 100%

If the percentage of fault you assigned to the Plaintiffs, Maria Fernanda Elosu and Robert Brace, is equal to or greater than the percentage of fault you assigned to the Defendant, you are done. Sign the verdict and advise the Bailiff. If the percentage of fault assigned to the Plaintiffs is less than the percentage of fault you assigned to the Defendant, answer the next question.

**Question No. 4**: What is the total amount of damage sustained by the Plaintiffs as a result of the incident without any regard for percentages of fault?

$ 1,500,000.00

Dated: 8/ 7/15/22