UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MARIA FERNANDA ELOSU and ROBERT LOUISE BRACE, Individuals,<br><br>   Plaintiffs,<br><br>   v.<br><br>MIDDLEFORK RANCH INCORPORATED, an Idaho Corporation,<br><br>   Defendants. | Case No. 1:19-cv-00267-DCN<br><br>**JUDGMENT** |

Pursuant to Federal Rule of Civil Procedure 58, and based upon the jury's verdict in this case (Dkt. 101),

IT IS HEREBY ORDERED:

1. That judgment be entered in favor of Plaintiffs MARIA FERNANDA ELOSU and ROBERT LOUISE BRACE and against Defendant MIDDLEFORK RANCH INCORPORATED with damages in the amount of $1,500,000.00 (one million, five hundred thousand dollars).

2. This case is CLOSED.

DATED: July 21, 2022

_____
David C. Nye
Chief U.S. District Court Judge

JUDGMENT - 1