UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MARIA FERNANDA ELOSU and ROBERT LOUISE BRACE, Individuals,<br><br>Plaintiffs,<br><br>v.<br><br>MIDDLEFORK RANCH INCORPORATED, an Idaho Corporation,<br><br>Defendants. | Case No. 1:19-cv-00267-DCN<br><br>**AMENDED JUDGMENT** |

Pursuant to Federal Rule of Civil Procedure 58, and based upon the jury's verdict in this case (Dkt. 101),

IT IS HEREBY ORDERED:

1. That judgment be entered in favor of Plaintiffs MARIA FERNANDA ELOSU and ROBERT LOUISE BRACE and against Defendant MIDDLEFORK RANCH INCORPORATED with damages in the amount of $1,350,000.00 (one million, three hundred fifty thousand dollars).[1]

2. This case remains CLOSED.

DATED: July 21, 2022

David C. Nye
Chief U.S. District Court Judge

---

[1] The original judgment listed the jury's full award but neglected to reflect the jury's determination as to apportionment. Dkt. 101, at 2. The jury determined Plaintiffs were 10% at fault; thus, Plaintiffs are entitled to 90% of the damages.

AMENDED JUDGMENT - 1